IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 5:10-cv-00156-MHS-CMC |
| ENERGY FUTURE HOLDINGS | ) | |
| CORPORATION and LUMINANT | ) | |
| GENERATION COMPANY LLC, | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF RULING FOLLOWING NON-JURY TRIAL IN RELATED CASE

This case is presently set for a pre-trial conference on April 29, 2014. Doc. 200. This date and other approaching pretrial deadlines were set following a joint motion of the parties in light of the related case in the United States District Court for the Western District of Texas "involving the same parties and similar claims" but a different plant (Big Brown). Doc. 123. That related case is styled *Sierra Club v. Energy Future Holdings Corporation and Luminant Generation Company LLC*, No. 6:12-cv-00108-WSS ("Big Brown case").

The Big Brown case was tried before Judge Walter S. Smith, Jr., on February 24–26, 2014. Following the non-jury trial, the Court ruled in favor of Defendants on all claims and denied all relief requested by Sierra Club.[1] *See* Minute Entry, Doc. 261, *Sierra Club v. Energy*

---

[1] The claim tried to Judge Smith was Sierra Club's "opacity" claim which is the same as Count I of the complaint here. Doc. 1 ¶¶ 34–39. The primary issues tried included whether the plant's opacity violated the Clean Air Act, whether the affirmative defenses in 30 Texas Administrative Code § 101.222 had been met, and whether Sierra Club was entitled to any monetary penalty or injunctive relief. Judge Smith denied Sierra Club any relief on the opacity count. Count II of the Big Brown case (particulate matter) was dismissed by Judge Smith on

*Future Holdings Corporation and Luminant Generation Company LLC*, No. 6:12-cv-00108-WSS (W.D. Tex. Feb. 27, 2014).

A copy of the docket entry reflecting the Court's ruling in the Big Brown case is attached. Defendants notified the Court of other rulings in the Big Brown case by notice filed February 15, 2014. Doc. 201.

---

summary judgment. Doc. 201-1 (attaching Judge Smith's order granting Defendants' motion for partial summary judgment based on jurisdictional bar in 42 U.S.C. § 7607(b)(2)).

Respectfully submitted,

/s/ P. Stephen Gidiere III
Counsel for Defendants

**Counsel for Defendants Energy Future Holdings Corp. and Luminant Generation Company LLC:**

| | |
|---|---|
| William B. Dawson | P. Stephen Gidiere III |
| SBN 05606300 | SBN 24077984 |
| wdawson@gibsondunn.com | sgidiere@balch.com |
| Michael L. Raiff | Thomas L. Casey, III |
| SBN 00784803 | *admitted pro hac vice* |
| mraiff@gibsondunn.com | @balch.com |
| Russell H. Falconer | Balch & Bingham LLP |
| SBN 24069695 | Suite 1500 |
| rfalconer@gibsondunn.com | 1901 Sixth Ave. North |
| Elizabeth M. Viney | Birmingham, Alabama 35203 |
| SBN 24073134 | Telephone:205.226.8735 |
| eviney@gibsondunn.com | Facsimile: 205.488.5694 |
| 2100 McKinney Avenue | |
| Suite 1100 | |
| Dallas, Texas 75201-6912 | |
| Telephone:214.698.3100 | |
| Facsimile: 214.571.2900 | |
| | |
| Otis W. Carroll, Jr. | Daniel J. Kelly |
| SBN 03895700 | SBN 24041229 |
| otiscarroll@icklaw.com | dan.kelly@energyfutureholdings.com |
| Ireland Carroll & Kelley, P.C. | Associate General Counsel |
| 601 S. Broadway, Suite 500 | Energy Future Holdings Corp. |
| Tyler, Texas 75703 | 1601 Bryan Street, 43rd Floor |
| Telephone:903.561.1600 | Dallas, Texas 75201 |
| Facsimile: 903.581.1071 | Telephone:214.812.7182 |
| | Facsimile: 214.812.6075 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing motion was served by ECF on the 28th day of February, 2014, on counsel of record for Plaintiff.

                                        /s/ P. Stephen Gidiere III
                                        Counsel for Defendants