# Exhibit 1

## Gidiere, Stephen

| | |
|---|---|
| **From:** | TXW_USDC_Notice@txwd.uscourts.gov |
| **Sent:** | Thursday, February 27, 2014 4:59 PM |
| **To:** | cmecf_notices@txwd.uscourts.gov |
| **Subject:** | Activity in Case 6:12-cv-00108-WSS Sierra Club v. Energy Future Holdings Corporation et al Bench Trial - Held |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 2/27/2014 at 4:59 PM CST and filed on 2/26/2014
**Case Name:**       Sierra Club v. Energy Future Holdings Corporation et al
**Case Number:**     6:12-cv-00108-WSS
**Filer:**
**Document Number:** 261

**Docket Text:**
**Minute Entry for proceedings held before Judge Walter S. Smith: Bench Trial held on 2/26/2014. WITNESSES SWORN. TESTIMONY HEARD ON BEHALF OF DEFENDANT. EXHIBITS ADMITTED ON BEHALF OF DEFENDANT: D-191 and D-192. DEFENDANT RESTS @11:20 a.m. CLOSING ARGUMENT OF PLAINTIFF AND DEFENDANT HEARD. Bench Trial completed on 2/26/2014. WRITTEN JUDGMENT FORTHCOMING. OTHER: The Court finds that the Plaintiff has not proven that a penalty applies and the Judgment will reflect the Plaintiff is denied all relief requested. (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.)(tb)**

**6:12-cv-00108-WSS Notice has been electronically mailed to:**

Aubrey R. Williams     aubreyw9000@yahoo.com

Charles McPhedran     cmcphedran@earthjustice.org, gtolley@earthjustice.org, lperfetto@earthjustice.org

Charles D. Olson     colson@haleyolson.com, mdixon@haleyolson.com, rbishnow@haleyolson.com

Daniel Jude Kelly     Dan.Kelly@energyfutureholdings.com, lori.belcher@energyfutureholdings.com

Elena Saxonhouse     elena.saxonhouse@sierraclub.org, violet.lehrer@sierraclub.org

Elizabeth Mills Viney     eviney@gibsondunn.com, tflowers@gibsondunn.com

Ilan Levin     ilevin@environmentalintegrity.org, dbloch@environmentalintegrity.org, eschaeffer@environmentalintegrity.org

J. Patton Dycus     pattondycus@gmail.com

Julie Kaplan     jkaplan@environmentalintegrity.org, juliekaplanlaw@gmail.com, lengelman@environmentalintegrity.org

Mary Melissa Whittle     mwhittle@earthjustice.org, adisa@earthjustice.org, gtolley@earthjustice.org

Michael Raiff     mraiff@gibsondunn.com, dthorn@gibsondunn.com, gholman@gibsondunn.com

Michael David Freeman     mrobbins@balch.com

Michael W. Dixon     mdixon@haleyolson.com, bperry@haleyolson.com, rbishnow@haleyolson.com

Philip Stephen Gidiere , III     sgidiere@balch.com, dprice@balch.com, gfrizzell@balch.com

Russell H. Falconer     rfalconer@gibsondunn.com, eviney@gibsondunn.com, stephanie.moore@luminant.com

Sanjay Narayan     sanjay.narayan@sierraclub.org, kathleen.krust@sierraclub.org, violet.lehrer@sierraclub.org

Stacey H. Dore     stacey.dore@energyfutureholdings.com, ssoesbe1@energyfutureholdings.com

Thomas L Casey , III     tcasey@balch.com, jschober@balch.com

William B. Dawson     wdawson@gibsondunn.com, mraiff@gibsondunn.com

**6:12-cv-00108-WSS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=2/27/2014] [FileNumber=12368833-0] [2eeca0ded8968835b1295cf6f1f2ece0ac95824d6f6d4ceda0565b8bdb42e33f4b 63fa52629fa53f0c387f6653ef0d1d5cdd20422a0ac6b253f59da2daf98652]]