IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SIERRA CLUB | § | |
| | § | |
| V. | § | No. 5:10CV156 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., | § | |
| ET AL. | § | |

## FINAL JUDGMENT

In accordance with the parties' Stipulation of Voluntary Dismissal With Prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**
**SIGNED this 6th day of January, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE